```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )      Criminal Case No.
v.                           )        11-CR-43-JMH
                             )
ROBERT EMMANUEL EVANS,       )
                             )     MEMORANDUM OPINION & ORDER
     Defendant.              )
```

                              ***

Defendant Evans has filed a Motion for Pauper Status [DE 118], which the Court construes as a motion for relief. This motion is now ripe for consideration and, for the reasons stated below, shall be denied.

Pursuant to Fed. R. App. P. 24(a)(3)(A):

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless . . . the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma paupers and states in writing its reasons for the certification or finding.

The Court denied Defendant Evans relief under 28 U.S.C. § 2255 and denied him a certificate of appealability on the grounds that he has not made a substantial showing that he was

denied a constitutional right [DE 112, 113, and 117]. Already the Court has expressed its conclusions with respect to the Defendant's arguments and, in the absence of the substantial showing of a constitutional right necessary to prompt this Court to issue a certificate of appealability, the Court does not believe that Evans' appeal would be taken in good faith. Accordingly, Defendant may not proceed in forma pauperis, and his request shall be denied.[1]

Accordingly, **IT IS ORDERED** that Evans' Motion for Pauper Status [DE 118] is **DENIED**.

This the 23rd day of July, 2015.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

---

[1] The Court notes, however, that Defendant Evans is not without redress. He may seek leave to proceed on appeal in forma pauperis by motion directed to the Court of Appeals. See Fed. R. App. P. 24(a)(5).

2